UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN LEE SELDEN,

    Petitioner,

v.                                      Case No: 2:18-cv-138-FtM-38CM

ELIZABETH A. KOVACHEVICH,

    Respondent.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Petitioner Glenn Lee Selden's Motion to Vacate/Set Aside/Correct Sentence (2255) (Doc. 11) filed on April 23, 2018. On April 9, 2018, Petitioner's case was dismissed without prejudice because the Petition was deemed to be a successive habeas petition and the case was closed. (Doc. 7). Judgment was entered on the same day. (Doc. 10). Therefore, Petitioner's Motion is due to be stricken from the record. To the extent Petitioner wishes to pursue any claims raised in his Motion, Petitioner is required to initiate a new action.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Petitioner Glenn Lee Seldon's Motion to Vacate/Set Aside/Correct Sentence (2255) ([Doc. 11](#)) is **STRICKEN**, and the Clerk of Court is directed to remove the Motion from the record and return it to the Petitioner.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of April, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2